IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RASUL FREELAIN,

          Plaintiff,

      v.

VILLAGE OF OAK PARK, a municipal
corporation, SERGEANT DINA VARDAL, in
her individual capacity,

          Defendants.

Case No. 1:13-cv- 03682
Judge Manish Shah
Magistrate Judge Daniel G. Martin

**DEFENDANTS VILLAGE OF OAK PARK AND
DINA VARDAL'S ITEMIZATION OF ITS BILL OF COSTS**

Defendants VILLAGE OF OAK PARK and DINA VARDAL ("Defendants"), by and

through their attorneys, STEPHEN R. MILLER and NIKOLETA LAMPRINAKOS of

ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., pursuant to Local Rule

54.1, files this Itemization of its Bill of Costs[1] to be taxed against the Plaintiff RASUL

FREELAIN based on this Court's entry of judgment in favor of the Defendants on

November 3, 2016 (Dkt. No. 155).

| **Description of Item** | **Amount Adjusted to Reflect Allowable Rates** |
|---|---|
| **I.**     **DEPOSITIONS (*See* Exhibit B)** | |
| Original Transcript of Rasul Freeman dated June 2, 2015 (Appearance fee – $220 ) [2] | $1,348.90 |
| Original Transcript of Rasul Freeman dated July 6, 2015 (Appearance fee – $220 ) | $1,008.10 |
| Original Transcript of Stacey Mott dated August 24, 2015 (Appearance fee – $110) | $504.05 |

---

1 The Court's form AO133 Bill of Costs is attached as Exhibit A.

2 The maximum transcript rates allowable by the United States District Court are $3.65 per page for original ordinary delivery transcript and $0.90 per page for copy ordinary delivery transcript. Pursuant to Local Rule 54.1(b), the court reporter attendance fee shall not exceed $110 for one half day (4 hours or less), and $220 for a full day attendance fee. These maximum rates or the actual rates will be used, whichever are less.

| Description of Item | Amount Adjusted to Reflect Allowable Rates |
|---|---|
| Original Transcript of Anthony L. Ambrose dated July 8, 2015 | $1,403.00 |
| Original Transcript of Frank M. Spataro dated July 10, 2015 (Appearance fee – $220 ) | $1,614.35 |
| Original Transcripts of Dina Vardal dated August 26, 2015 | $1825.75 |
| Original Transcript of Richard Tanksley dated August 28, 2015 | $1531.00 |
| Original Transcript of Anthony Thomas dated September 8, 2015 | $511.30 |
| Appearance Fee for Deposition of Anthony Thomas dated September 8, 2015 | $110.00 |
| Original Transcript of Thomas Dransoff dated September 9, 2015 | $543.00 |
| **TOTAL DEPOSITION COSTS** | **$10,399.45** |
| | |
| **II.      COPY FEES (*See* Exhibit C)** | |
| | |
| In-house copying for document productions, deposition exhibits, and the Village's motion for summary judgment. ($ 0.10 per page) | $264.40 |
| **TOTAL COPY FEES** | **$264.40** |
| | |
| **III.      OTHER COSTS (*See* Exhibit D)** | |
| | |
| Witness fee for Anthony Thomas | $80.60 |
| Witness fee for Stacey Mott | $103.25 |
| Service of Process Fee for Anthony Thomas Subpoena[3] | $69.00 |
| | |
| **TOTAL OTHER COSTS** | **$252.85** |
| | |
| **TOTAL COSTS** | **$10,916.70** |

---

3 The Seventh Circuit has held that service by a private process server is taxable at a rate comparable to that of the marshal service. *Collins v. Gorman*, 96 F. 3d 1057 (7th Cir. 1996). The U.S. Marshal presently charges $65 per hour for each item served, "plus travel costs and any other out-of-pocket expenses." 28 C.F.R. § 0.114(a)(3), *amended by* 78 Fed.Reg. 59,817, 59,819 (Sept. 30, 2013).

Respectfully submitted,

VILLAGE OF OAK PARK and DINA VARDAL

By:  /s/ Stephen R. Miller
        One of its Attorneys

Stephen R. Miller (6182908) smiller@robbins-schwartz.com
Nikoleta Lamprinakos (6274018) nlamprinakos@robbins-schwartz.com
**ROBBINS, SCHWARTZ, NICHOLAS,**
  **LIFTON & TAYLOR, LTD.**
55 West Monroe, Suite 800
Chicago, Illinois   60603-5144
Telephone (312) 332-7760
Fax (312) 332-7768
615492v1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this **DEFENDANTS VILLAGE OF OAK PARK AND DINA VARDAL'S ITEMIZATION OF ITS BILL OF COSTS** with the Clerk of the Court using the CM/ECF system on this 1st day of December, 2016, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9.

s/ Stephen R. Miller
Stephen R. Miller