## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### FINAL JUDGMENT

April 30, 2018

Before:
DIANE P. WOOD, Chief Judge

FRANK H. EASTERBROOK, Circuit Judge

DAVID F. HAMILTON, Circuit Judge

| No. 16-4074 | RASUL FREELAIN,<br>Plaintiff - Appellant<br><br>v.<br><br>VILLAGE OF OAK PARK, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-03682<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.