UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Rasul Freelain
                              Plaintiff,

v.                                                 Case No.: 1:13–cv–03682
                                                 Honorable Manish S. Shah

Village Of Oak Park, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 24, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Defendants' motion for costs [156] is granted as modified by defendants' reply. The deposition transcript rates and attendance fees have been adjusted to Judicial Conference rates and the requested depositions were reasonable and necessary for the litigation (the depositions touched on matters that were raised in the summary judgment briefing or could have been relevant if there were a trial, and so were reasonable at the time they were taken). The defense conduct did not rise to misconduct that merits the penalty of refusing costs. Given the amount of discovery conducted, the nature of the claims, and the summary judgment briefing, the volume of documents reflected in the exemplification fees sought (at $0.10 per page) is reasonable (as is the per page rate). Plaintiff is taxed $10,285.90. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.